**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KENDRA BOOZER,

      Plaintiff,

v.                                    Case No. 10-50735

TOWNE AIR FREIGHT, LLC,

      Defendant.

                                                  /

## JUDGMENT FOR ATTORNEY FEES

In accordance with the court's "Order Granting Third-Party Stephen M. Factor's Motion to Quash Subpoena," dated August 12, 2010, and finding counsel's "Clarification Filed on Behalf of Dr. Stephen M. Factor Per Court Order of September 3, 2010," dated September 20, 2010, to be satisfactory,

IT IS ORDERED AND ADJUDGED that Plaintiff Kendra Boozer shall pay Movant Stephen M. Factor's attorney fees, costs, and expenses in the amount of $4,741.64.

Dated at Detroit, Michigan, this 6th day of October 2010.

                                       DAVID J. WEAVER
                                       CLERK OF THE COURT


                                       S/Lisa Wagner
                              By:  Lisa Wagner, Case Manager and Deputy
                                  Clerk to Judge Robert H. Cleland